**AO 450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO

JUDGMENT IN CIVIL CASE

**HUTZELL,** *et al.,*

                          **Case No. 2:22-cv-02930 (consolidated with 1:22-cv-00437; 2:22-cv-03149; 2:22-cv 03174; 1:22-cv-00448; 1:22-cv-0444; 3:22-cv-00223; 3:22-cv-00233)**

      **Plaintiffs,**                **Chief Judge Algenon L. Marbley**
                                   **Magistrate Judge Elizabeth P. Deavers**

     **v.**

**POWER HOME SOLAR, LLC,** *et al.,*

      **Defendants.**

[] **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

[] **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

[X] **Decision by Court.** This action was decided by the Court without a trial or hearing.

IT IS ORDERED AND ADJUDGED that pursuant to the May 21, 2024 Opinion and Order, the Court GRANTED the Motion to Dismiss. All claims against all Defendants in these cases are DISMISSED. Plaintiffs were ORDERED to submit their claims against Pink Energy to arbitration according to the terms of the Sales Agreements. These cases are DISMISSED.

**Date: May 21, 2024**         **Richard W. Nagel, Clerk**

                             s/Diane M. Stash
                           Diane M. Stash/Deputy Clerk